IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR105-MU

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| VICTOR A. RITA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion to Reconsider.

On July 11, 2005, Defendant filed an application to file a notice of appeal in forma pauperis. On August 9, 2005, this Court denied Defendant's application. Defendant has now filed a Motion to Reconsider providing the Court with additional information. Based upon this information the Court will grant Defendant's Motion to Reconsider.

**IT IS, THEREFORE, ORDERED that:**

1. Defendant's Motion to Reconsider is **GRANTED**;

2. The Court's August 9, 2005, Order is vacated; and

3. Defendant's application to file a notice of appeal in forma pauperis is **GRANTED**.

**Signed: August 25, 2005**

*Graham C. Mullen*
Graham C. Mullen
Chief United States District Judge