UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
FILE NO. 3:04CR105-1

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | ORDER FOR RELEASE |
| v. : | PENDING APPEAL |
| : | |
| VICTOR A. RITA, JR. : | |

Upon motion of the Defendant, without objection by the government, and for good cause shown;

IT IS HEREBY ORDERED that the Defendant shall remain under his current bond and abide by the terms and conditions previously established for his release under the supervision of the U.S. Probation Office until the resolution of his appeal, case number 05-4674, in the Fourth Circuit court of appeals.

So Ordered this 24th day of October, 2005.

GRAHAM C. MULLEN
United States District Judge