RECEIVED
. . . N.C.
OCT 1 3 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
FILE NO. 3:04CR105-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER FOR RELEASE |
| | : | OF PRESENTENCE REPORT |
| VICTOR A. RITA, JR. | : | |

THIS matter is before the Court pursuant to the Defendant's motion for release of his Presentence Report to his appellate counsel. The Court has considered the Defendant's motion and finds that, for good cause, the Defendant's motion should be granted.

THEREFORE, IT IS ORDERED that the U.S. Probation Office for the Western District of North Carolina release and forward a copy of the Defendant's Presentence Report to his appellate attorney, Thomas N. Cochran, 101 South Elm Street, Suite 210, Greensboro, North Carolina, 27401.

So Ordered this  19th day of  December , 2005.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE