**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:08cv260**
**(RELATED CRIMINAL CASE NO. 3:04cr105)**

| | |
|---|---|
| **VICTOR A. RITA,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |

**THIS MATTER** is before the Court on the Petitioner's Request for a Certificate of Appealability. [Doc. 19].

An appeal may not be taken to the Court of Appeals from the denial of a motion pursuant to 28 U.S.C. § 2255 unless a certificate of appealability has been issued. 28 U.S.C. § 2253(c)(1)(B). Such a certificate may not issue unless "the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Petitioner has not made such a showing in this case.

**IT IS, THEREFORE, ORDERED** that the Petitioner's Request for a Certificate of Appealability [Doc. 19] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to deliver a copy of this Order to the Petitioner at the following address:

> Victor A. Rita, Jr.
> 19614-058
> Pensacola Federal Prison Camp
> Inmate Mail/Parcels
> 110 Raby Avenue
> Pensacola, FL 32509

**IT IS SO ORDERED.**

Signed: September 1, 2009

Martin Reidinger
United States District Judge